

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00400-CV

IN RE CLYDE L. HECKERT,                                    RELATORS
CAROLINA FARMER, A2R, LTD.
AND ADVERSE 2 RISK, LLC

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 342-278046-15

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and real party in interest's letter response and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

/s/ Sue Walker
SUE WALKER
JUSTICE

PANEL: DAUPHINOT, WALKER, and SUDDERTH, JJ.

DELIVERED: January 7, 2016

---

[1]See Tex. R. App. P. 47.4, 52.8(d).